

CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/7/2015 2:48:31 PM
PAM ESTES
Clerk

October 6, 2015

FILED
AT 8 O'CLOCK ___ M.

OCT 7 2015
JANE GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____DEPUTY

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:              12-14-00094-CR
        Trial Court Case Number:  17,261

**Style:**  Orlanda George Hill
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Mr. Forrest K. Phifer (DELIVERED VIA E-MAIL)
C Mr. Charles J. Breaux Jr. (DELIVERED VIA E-MAIL)
:

Mandate executed on __7th__ day of __October__, 2015.

Brief explanation of action taken: _Mandate scanned into Defendants'_

_file, notified Judge J. Tiling_                    District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-598-2193

*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*

www.12thcoa.courts.state.tx.us